IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANGELA MISER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ACE EUROPEAN GROUP, LIMITED and )<br>TAPCO UNDERWRITERS, INC. )<br>    Defendants. )<br>_____ ) | CIVIL ACTION<br>FILE NO. _____ |

## DECLARATION OF NANETTE L. WESLEY

Comes now the undersigned, Nanette L. Wesley, and avers the following:

1.

I have personal knowledge of the matters set forth in this Declaration. I am competent in all respects to testify regarding the matters set forth herein and know them to be true. I am freely making this Declaration for all purposes permitted by law, including use as evidence in support of Defendants' Notice of Removal of Civil Action from the Circuit Court of Hancock County in this matter.

2.

Motion for Summary Judgment and Entry of Final Judgment in Favor of Randy Greene, d/b/a Greene Insurance Agency was filed on or around October 12, 2011. On April 26, 2012, Randy Greene filed the Amended Motion for Summary Judgment and Entry of Final Judgment in Favor of Randy Greene, D/B/A Greene Insurance Agency.

1

3.

The Plaintiff's Response to Summary Judgment Motion was not filed until July 10, 2012. At that time, Plaintiff also filed a Motion to Continue Summary Judgment Hearing. This issue was resolved by an Agreed Order and the hearing was continued until August 15, 2012. (Agreed Order attached hereto as Exhibit A.)

4.

Hearing on the pending Motion was not held until September 26, 2013.

5.

Hearing on the pending Motion was delayed due to Plaintiff's counsel's refusal to cooperate regarding setting of the hearing date, I understand due to family issues on the part of Plaintiff's counsel from August 15, 2012, through September 26, 2013. Counsel for Ace European Group Limited and Tapco Underwriters Inc. attempted to communicate with Plaintiff's counsel numerous times during this time period. Plaintiff's counsel, however, does not have electronic mail, and his voicemail was frequently full. He did not return telephone calls. Plaintiff's counsel never file a leave of absence with the Court, but out of courtesy, the other counsel in this matter attempted to consider his schedule when setting the hearing based on his family issues during this time period. When it became obvious that Plaintiff had no intention of progressing the case, Counsel for all defendants set the hearing for Summary Judgment on September 26, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 27th November 2013.

          */s/ Nanette L. Wesley*
          NANETTE L. WESLEY
          *Counsel for Defendants Ace European*
          *Group Limited and Tapco Underwriters Inc.*