IN THE CIRCUIT COURT
OF HANCOCK COUNTY, TENNESSEE

| | |
|---|---|
| ANGELA MISER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACE EUROPEAN GROUP, LIMITED and )<br>TAPCO UNDERWRITERS INC. )<br>Defendants. )<br>_____ ) | CIVIL ACTION<br>FILE NO.: C3195 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on November 27, 2013, Defendants Ace European Group, Limited and Tapco Underwriters, Inc. ("Defendants") filed a Notice of Removal of this action in the United States District Court, Eastern District of Tennessee at Greeneville. (A true and accurate copy of the Notice of Removal is attached hereto as Exhibit "1") In compliance with 28 U.S.C. § 1446, this Notice has been served upon counsel of record for Plaintiff.

PLEASE TAKE FURTHER NOTICE that the filing of such Notice of Removal in the United States District Court for the Eastern District of Tennessee at Greeneville and the filing of this Notice with the Clerk of Court of the Hancock County Circuit Court, Tennessee effect the removal of this action pursuant to 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d) the above-captioned action may proceed no further unless and until the case is remanded.

Respectfully submitted this 27th day of November 2013.

Renee Levay Stewart
Tennessee State Bar No.: 018768
NORTH, PURSELL & RAMOS, PLC
414 Union Street, Suite 1850
Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rlstewart@nprattorneys.com


Nanette L. Wesley
Tennessee State Bar No.: 019197
SKEDSVOLD, WHITE & WESLEY, LLC
1050 Crown Pointe Pkwy, Suite 710
Atlanta, GA 30338
PH: (770) 392-8610
FX: (770) 392-8620
nwesley@swandwlaw.com
*Attorneys for ACE European Group Limited and Tapco Underwriters Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date serve a copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL, by depositing a true and correct copy of same in the United States Mail, with adequate postage thereon and addressed to counsel of record as follows:

**Counsel for Plaintiff Angela Miser:**
Creed A. Daniel, Esq.
Daniel & Daniel
Courthouse Square
115 Marshall Avenue
Rutledge, TN 37861

Respectfully submitted this 27th day of November 2013.

Renee Levay Stewart
Tennessee State Bar No.: 018768

**NORTH, PURSELL & RAMOS, PLC**
414 Union Street
Suite 1850
Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rlstewart@nprattorneys.com