UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANGELA MISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 2:13-cv-00315-JRG-DHI |
| ACE EUROPEAN GROUP, LIMITED and ) | |
| TAPCO UNDERWRITERS, INC. ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of this case with prejudice. Each party is to bear their own costs.

This 13th day of ~~April~~ May 2014.

STIPULATED TO BY:

_Nanette L. Wesley /KH_
Nanette L. Wesley
TN Bar No: 019197
Nanette L. Wesley *(Admitted Pro Hac Vice)*
TN Bar No: 019197
Skedsvold, White & Wesley, LLC
1050 Crown Pointe Parkway
Suite 710
Atlanta, GA 30338
PH: (770) 392-8610
FX: (770) 392-8620
nwesley@swandwlaw.com

Renee Levay Stewart
TN Bar No: 019197
North, Pursell & Ramos, PLC
414 Union Street, Suite 1850
Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rlstewart@nprattorneys.com

Attorneys for Defendants

_____
Creed A. Daniel, Esq.
PBR#688

Creed A. Daniel, Esq.
PBR#688
Daniel & Daniel
Courthouse Square
115 Marshall Avenue
Rutledge, TN 37861
PH (865) 828 3111
FX (865) 828 5271
kgraves@daniel-law.com

Attorney for Plaintiff